United States Bankruptcy Court

District of North Dakota

In re:  Case No. 23-30248-skh

Gannett Peak, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3  User: admin  Page 1 of 2
Date Rcvd: Aug 15, 2023  Form ID: pdf2some  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

**Recip ID**    **Recipient Name and Address**
db    + Gannett Peak, LLC, 28 Center Avenue N, Mayville, ND 58257-1141

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

**Name**    **Email Address**

John D. Schroeder
    on behalf of Creditor Alerus Financial  NA jschroeder@northdakotalaw.net, karensyrstad@northdakotalaw.net;amattingly@northdakotalaw.net

John D. Schroeder
    on behalf of Creditor Alerus Financial  N.A. jschroeder@northdakotalaw.net, karensyrstad@northdakotalaw.net;amattingly@northdakotalaw.net

John M Krings, Jr.
    on behalf of Creditor Choice Financial Group john@kaler-doeling.com  janae@kaler-doeling.com

Maurice VerStandig
    on behalf of Debtor Bourbon Street LLC mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Debtor Petri Enterprises  LLC mac@mbvesq.com,

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: pdf2some | Total Noticed: 1 |

Maurice VerStandig
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Interested Party Gannett Peak  LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Debtor Gannett Peak  LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Interested Party Petri Enterprises  LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta
    tkapusta@aol.com

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-30246 |
| | ) | Chapter 11 – Subchapter V |
| Bourbon Street LLC, | ) | |
| dba La Cantina, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Petri Enterprises, LLC, | ) | Bankruptcy No. 23-30247 |
| dba La Cantina, | ) | Chapter 11 – Subchapter V |
| dba Heros and Legends Sports Bar, | ) | |
| dba Heros and Legends, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | Bankruptcy No. 23-30248 |
| dba La Cantina, | ) | Chapter 11 – Subchapter V |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING
MOTION FOR JOINT ADMINISTRATION**

Debtors Bourbon Street LLC, Petri Enterprises, LLC and Gannett Peak, LLC filed a Motion for Joint Administration.  Doc. 2.  On August 2, 2023, the Court held a preliminary hearing on the motion.   For the reasons stated on the record, the Court found that Debtors were affiliated, and that joint administration of Debtors' estates did not appear to create conflicts of interest or harm creditors.  Based on the record, it was also apparent that joint administration will save time and expense.  Accordingly, the Court granted the motion on an interim basis.

Since the hearing, the Court received no additional objections to the motion and no party objected to the motion at the August 15, 2023, hearing.   Therefore,

**IT IS ORDERED** that Debtors' Motion for Joint Administration is granted. <u>In re Bourbon Street LLC</u>, Bankr. No. 23-30246 is designated the lead case. All documents must be filed in the lead case, except for proofs of claim. Each Debtor must maintain its own claim register, and all proofs of claim must be filed in the appropriate case. Unless ordered otherwise, Debtors must file individual plans of reorganization in each case, and they must file separate operating reports in each case.

All filings in the lead case may bear the caption shown above or an interested party may elect to use the following caption:

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-30246 |
| | ) | Chapter 11 – Subchapter V |
| Bourbon Street LLC, | ) | |
| dba La Cantina, et al. | ) | |
| | ) | |
| Debtors, Jointly Administered. | ) | |

Dated: August 15, 2023.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT