United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 23-30248-skh |
| Gannett Peak, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 15, 2023 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gannett Peak, LLC, 28 Center Avenue N, Mayville, ND 58257-1141 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John D. Schroeder | on behalf of Creditor Alerus Financial NA jschroeder@northdakotalaw.net, karensyrstad@northdakotalaw.net;amattingly@northdakotalaw.net |
| Maurice VerStandig | on behalf of Debtor Gannett Peak LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |
| Thomas Kapusta | tkapusta@aol.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 15, 2023 | Form ID: pdf2some | Total Noticed: 1 |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-30246 |
| | ) | Chapter 11 – Subchapter V |
| Bourbon Street LLC, | ) | |
| dba La Cantina, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Petri Enterprises, LLC, | ) | Bankruptcy No. 23-30247 |
| dba La Cantina, | ) | Chapter 11 – Subchapter V |
| dba Heros and Legends Sports Bar, | ) | |
| dba Heros and Legends, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | Bankruptcy No. 23-30248 |
| dba La Cantina, | ) | Chapter 11 – Subchapter V |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING
MOTION FOR LEAVE TO MAINTAIN AND ADMINISTER GIFT CARDS**

Debtors Bourbon Street LLC, Petri Enterprises, LLC and Gannett Peak, LLC filed a Motion for Leave to Maintain and Administer Gift Cards on an Interim and Final Basis. Doc. 3. On August 2, 2023, the Court held a preliminary hearing on the motion. For the reasons stated on the record (including maintaining goodwill and preventing damage to Debtors' reputation), the Court found that the relief requested in the Motion was in the best interests of Debtors' estates, its creditors and other parties in interest. The Court also found that the relief requested in Debtors' motions and granted in the interim Order was necessary to avoid immediate and irreparable harm.

The Court held a final hearing on August 15. The Court received no objection to Debtors' motion. Therefore,

**IT IS ORDERED:**

    1.    The Motion is GRANTED.

    2.    Debtors are authorized to honor all Gift Cards purchased prior to the petition date.

    3.    Debtors are authorized to continue operating their Gift Card Program, provided they properly account for the sales and redemption of the cards.

Dated: August 15, 2023.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT