UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11 – Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
| | |
| Debtor. | |
| _____/ | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 – Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
| | |
| Debtor. | |
| _____/ | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter V |
| | Jointly Administered |
| Debtor. | |
| _____/ | |

## SCHEDULING ORDER

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following

deadlines shall apply to this Subchapter V case in which there is no requirement to file a

disclosure statement.

1. Deadline to file a plan of reorganization under section 1189(b): **October 27, 2023**.

2. Deadline to serve the plan, this order, a ballot conforming to Official Form 314, notice

of the time within which the holders of claims and interests may accept or reject the plan, and

notice of the date for the hearing on confirmation:  **October 31, 2023.**

3. Deadline for the holders of claims and interests to accept or reject the plan (submit

ballots to plan proponent's attorney or other address on the ballot):  **November 28, 2023**.

4. Deadline to file written objections to plan confirmation:  **November 28, 2023**.

5. Deadline by which an equity security holder or creditor whose claim is based on a

security must be the holder of record of the security in order to be eligible to accept or reject the

plan:  **November 28, 2023**.

6.  Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation:  **Friday, December 1, 2023**.  If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

7.  Hearing on confirmation:  <u>**Tuesday, December 5, 2023, at 10:00 a.m.**</u> **in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing.

Dated:  September 12, 2023.

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically September 12, 2023, to Electronic Mail Notice List for Case No. 23-30246.