United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 23-30248-skh |
| Gannett Peak, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 12, 2023 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gannett Peak, LLC, 28 Center Avenue N, Mayville, ND 58257-1141 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John D. Schroeder | on behalf of Creditor Alerus Financial NA jschroeder@northdakotalaw.net, karensyrstad@northdakotalaw.net;amattingly@northdakotalaw.net |
| Maurice VerStandig | on behalf of Debtor Gannett Peak LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |
| Thomas Kapusta | tkapusta@aol.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 12, 2023 | Form ID: pdf2some | Total Noticed: 1 |
| TOTAL: 5 | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Bourbon Street LLC,<br>dba La Cantina,<br><br>　　　　　Debtor.<br>_____/ | Bankruptcy No. 23-30246<br>Chapter 11 – Subchapter V<br>Jointly Administered |
| Petri Enterprises, LLC,<br>dba La Cantina,<br>dba Heros and Legends Sports Bar,<br>dba Heros and Legends,<br><br>　　　　　Debtor.<br>_____/ | Bankruptcy No. 23-30247<br>Chapter 11 – Subchapter V<br>Jointly Administered |
| Gannett Peak, LLC,<br>dba La Cantina,<br><br>　　　　　Debtor.<br>_____/ | Bankruptcy No. 23-30248<br>Chapter 11 – Subchapter V<br>Jointly Administered |

## SCHEDULING ORDER

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines shall apply to this Subchapter V case in which there is no requirement to file a disclosure statement.

1. Deadline to file a plan of reorganization under section 1189(b): **October 27, 2023**.

2. Deadline to serve the plan, this order, a ballot conforming to Official Form 314, notice of the time within which the holders of claims and interests may accept or reject the plan, and notice of the date for the hearing on confirmation: **October 31, 2023.**

3. Deadline for the holders of claims and interests to accept or reject the plan (submit ballots to plan proponent's attorney or other address on the ballot): **November 28, 2023**.

4. Deadline to file written objections to plan confirmation: **November 28, 2023**.

5. Deadline by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan: **November 28, 2023**.

6. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation: **Friday, December 1, 2023**. If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

7. Hearing on confirmation: **Tuesday, December 5, 2023, at 10:00 a.m.** **in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing.

Dated: September 12, 2023.

/s/ Shon Hastings

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically September 12, 2023, to Electronic Mail Notice List for Case No. 23-30246.