UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

In Re:

Gannett Peak, LLC

Case No. 23-30248

Chapter 11
Subchapter V

Debtor

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Thomas Kapusta, having been appointed Subchapter V Trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  The case was converted with no plan confirmed and no plan payments made to said Trustee.  Pursuant to 28 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], on 12/05/2023, the Court ordered compensation in fees, expenses and taxes of $3,351.12 be awarded to said Trustee.  These funds have not yet been paid by the debtor to the Trustee.  I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal (or conversion, as applicable).  I request that I be discharged from any further duties as trustee.

Date: 12/27/2023     By:     s/Thomas Kapusta
Subchapter V Trustee
PO Box 90624
Sioux Falls, SD  57105
605-376-6715
tkapusta@aol.com

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Gannett Peak, LLC ) | |
| ) | Case No. 23-30248 |
| ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| ) | |
| Debtor ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: December 27, 2023

/s/ Thomas Kapusta

Thomas Kapusta