**The Dakota Bankruptcy Firm**
**1630 1st Avenue N**
**Suite B PMB 24**
**Fargo, North Dakota 58102-4246**

Invoice submitted to:
**Petri Enterprises, LLC**

**Invoice # 10915**

Invoice Date: 01/16/24

Description  Invoice Batch La Cantina Cases - Final Invoices

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Case Administration** | | | | |
| 08/24/23 | Mac VerStandig | Call with counsel for Kapitus re nature of transactions, cash collateral implications, UCC filings, and potential adversary proceeding | 0.50 | 400.00 | $200.00 |
| 08/24/23 | Mac VerStandig | Call with counsel for Kapitus re assertion of cash collateral interest and negotiation of terms for final cash collateral order | 0.40 | 400.00 | $160.00 |
| 09/25/23 | Mac VerStandig | Review e-mail from AMUR re alleged secured claim and respond to same requesting information and documentation | 0.20 | 400.00 | $80.00 |
| 10/01/23 | Mac VerStandig | Review bank statements and draft August monthly operating report for client review and signature | 0.30 | 400.00 | $120.00 |
| In Reference To: | **Case Administration (Expenses)** | | | | |
| 07/31/23 | Mac VerStandig | Third party mail vendor fees for service of order setting first day motions and notice of status conference | 1.00 | 26.80 | $26.80 |
| | | | Hours | | 1.40 |
| | | | Labor: | | $560.00 |
| | | | Invoice Amount: | | $586.80 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Plan and Disclosure Statement** | | | | |
| 10/27/23 | Mac VerStandig | Begin drafting Subchapter V plan (this time entry is 2.4 hours; it is evenly split between Petri Enterprises and Gannett Peak, but not allocated to Bourbon Street since the plan for Bourbon Street does not use the same structural backbone as the plan for Petri Enterprises and Gannett Peak) | 1.20 | 400.00 | $480.00 |
| 10/27/23 | Mac VerStandig | Call with client re financial projections to be appended to Petri Enterprises budget and manner of addressing overflow revenues, while endeavoring to ensure expenses are appropriately realistic and inclusive | 0.40 | 400.00 | $160.00 |
| 10/27/23 | Mac VerStandig | Assemble list of creditors, with claim amounts, and divide same into classes, reviewing claims register and schedules throughout | 0.30 | 400.00 | $120.00 |

Page: 1 of 2

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/23 | Mac VerStandig | Continue drafting plan of reorganization, with attention to debtor's history of operations and to contingencies surrounding as-yet-unfiled claim objections | 1.30 | 400.00 | $520.00 |
| 11/02/23 | Mac VerStandig | Draft and file certificate of service for plan (split evenly with Gannett Peak - .2 entry billed as .1 to each client) | 0.10 | 400.00 | $40.00 |

In Reference To:  **Plan and Disclosure Statement (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/23 | Mac VerStandig | Third party mailing vendor - service of plan and ballots to Classes 1, 2 and 4 | 1.00 | 43.92 | $43.92 |
| 10/31/23 | Mac VerStandig | Third party mailing vendor - one half of cost of service of service of Petri Enterprises and Gannett Peak plans, alongside scheduling order, on common creditors | 1.00 | 67.32 | $67.32 |

|  |  |
|---|---|
| Hours | 3.30 |
| Labor: | $1,320.00 |
| Invoice Amount: | $1,431.24 |

|  |  |
|---|---|
| Total Hours: | 4.70 |
| Total Labor: | $1,880.00 |
| Total Expenses: | $138.04 |
| **Total Invoice Amount:** | **$2,018.04** |
| **Total Amount Due:** | **$2,018.04** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Mac VerStandig | 4.70 | @ 400.000 | 1,880.00 |