IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30247 |
| | ) | (Chapter 7) |
| PETRI ENTERPRISES, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | Case No. 23-30248 |
| | ) | (Chapter 7) |
| GANNETT PEAK, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF FINAL APPLICATION OF THE DAKOTA BANKRUPTCY FIRM FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION WITH REPRESENTATION OF <u>PETRI ENTERPRISES, LLC AND GANNETT PEAK, LLC</u>**

NOTICE IS HEREBY GIVEN that the Maurice B. VerStandig, Esq. and The Dakota Bankruptcy Firm, counsel for the Debtor in this case, have filed an application for compensation. The applicants seek (i) $5,586.34 in attorneys' fees in the matter of Gannett Peak, LLC ("Gannett Peak"); (ii) $5,106.34 in attorneys' fees in the matter of Petri Enterprises, LLC ("Petri Enterprises"); (iii) reimbursement of $112.53 in expenses in Gannett Peak; and (iv) reimbursement of $146.97 in expenses in Petri Enterprises, (v) to be cumulatively credited against $2,500.00 being held in trust for the benefit of each debtor; resulting in (vi) an administrative claim in the amount of $3,198.88 in Gannett Peak; and (vii) an administrative claim in the amount of $2,753.32 in Petri Enterprises.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655

1

1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Respectfully submitted,

| | | |
|---|---|---|
| Dated: January 17, 2024 | By: | /s/ Maurice B. VerStandig |
| | | Maurice B. VerStandig, Esq. |
| | | The Dakota Bankruptcy Firm |
| | | 1630 1st Avenue N |
| | | Suite B PMB 24 |
| | | Fargo, North Dakota 58102-4246 |
| | | Phone: (701) 394-3215 |
| | | mac@dakotabankruptcy.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent via First Class Mail, postage prepaid, to all parties on the attached mailing matrices (though the attached mailing matrices are *not* being sent via First Class Mail but, rather, may be reviewed on this Honorable Court's docket or requested from undersigned counsel).

/s/ Maurice B. VerStandig<br>Maurice B. VerStandig