| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 23-30247<br>District of North Dakota<br>Fargo<br>Wed Jan 17 00:01:55 CST 2024 | Alerus Financial NA<br>PO Box 6001<br>Grand Forks, ND 58206-6001 | Petri Enterprises, LLC<br>28 Center Avenue N<br>Mayville, ND 58257-1141 |
| U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 | Alerus Financial, N.A.<br>2300 S. Columbia Road<br>Grand Forks, ND 58201-5826 | Alerus Financial, N.A.<br>c/o Zimney Foster P.C.<br>Attn: John D. Schroeder<br>3100 S. Columbia Road, Suite 200<br>Grand Forks, ND 58201-6062 |
| AmeriPride Services, an Aramark Company<br>868 3rd Street S Suite 102<br>Waite Park, MN 56387-2320 | C T Corporation System, as representativ<br>Attn: SPRS<br>330 N Brand Blvd Suite 700<br>Glendale, CA 91203-2336 | Coca Cola Bottling Company High Country<br>2150 Coca Cola Lane<br>Rapid City, SD 57702-9358 |
| Financial Pacific Leasing, Inc.<br>3455 S 344th Way, Suite 300<br>Federal Way, WA 98001-9546 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kapitus LLC<br>2500 Wilson Boulevard Suite 350<br>Arlington, VA 22201-3873 |
| Kapitus Servicing, Inc. as agent of Kapitus<br>120 W. 45th Street, 4th Floor<br>Attn: Carolina Baez<br>New York, NY 10036-4041 | Kapitus Servicing, LLC<br>2500 Wilson Boulevard Suite 350<br>Arlington, VA 22201-3873 | L.I.S.T.E.N., Inc.<br>2100 South Washington Street<br>Grand Forks, ND 58201-6344 |
| Mark Petri<br>28 Center Avenue N PO Box 531<br>Mayville, ND 58257-0531 | Midco<br>PO Box 5010<br>Sioux Falls, SD 57117-5010 | North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave. Dept. 127<br>Bismarck, ND 58505-0602 |
| Rewards Network Establishment Services<br>540 W Madison Street Suite 2400<br>Chicago, IL 60661-2562 | Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth St.<br>Minneapolis, MN 55415-1320 | Spencer Fane LLP<br>C/O Elizbeth M. Lally<br>13815 FNB Parkway, Suite 200<br>Omaha, NE 68154-5219 |
| U.S. Bank<br>P.O. Box 79408<br>Saint Louis, MO 63179 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Foods, Inc.<br>9399 West Higgins Road Suite 500<br>Des Plaines, IL 60018-4992 |
| Wyoming Flats LLC<br>PO Box 531<br>Mayville, ND 58257-0531 | Gene W Doeling<br>Bankruptcy Trustee<br>3429 Interstate Blvd. S.<br>P.O. Box 9231<br>Fargo, ND 58106-9231 | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 |
| Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Kapitus Servicing Inc., as Servicing Agent

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28