UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                    Bankruptcy No. 23-30248
                                                                          Chapter 7
Gannett Peak, LLC,
dba La Cantina,

                              Debtor.
_____/

# NOTICE OF TELEPHONIC HEARING

Please take notice that the Court will hold a telephonic hearing on **Thursday, June 13, 2024, at 2:00 PM (CST)** to consider and act upon the following matters:

- **Motion by Trustee, Gene W. Doeling, for Turnover of Documentation filed April 12, 2024. (Doc. 70)**

- **Conditional Response and Amended Conditional Response to Trustee Doeling's Motion for Turnover of Documentation, filed April 26, 2024 and April 27, 2024. (Docs. 71, 72)**

Please use the following instructions for the phone conference:
**Telephonic Conference Instructions:**
1) Call **701-297-7116**
2) Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

**Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.**

**NOTE: Parties appearing by telephone are not permitted to offer evidence or cross examine witnesses at the hearing without Court approval and the opposing parties' consent.** *If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket. (If you plan to use schedules or other documents previously filed, please do NOT file the previously docketed document again.) The docket number will serve as the exhibit number. The Court will consider each party's request to offer exhibits at the hearing. If a question of fact arises at the hearing, the Court may continue the hearing and reschedule it as a video conference or an in-person conference. The parties are encouraged to stipulate to facts to avoid the need for numerous hearings.*

Dated:  April 29, 2024.                     Kay A. Melquist, Clerk
                                            United States Bankruptcy Court
                                            Quentin N. Burdick United States Courthouse
                                            655 1st Avenue North, Suite 210
                                            Fargo, ND 58102-4932

                                     By:    */s/ Sharon Horsager*
                                            Sharon Horsager, Deputy Clerk

Copy served electronically April 29, 2024, to Electronic Mail Notice List for Case No. 23-30248.