IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA
FARGO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **23-30248** |
| | ) | |
| **Gannett Peak, LLC,** | ) | |
| | ) | |
| Debtor*(s)*. | ) | **Chapter 7** |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

Comes now, Good Funding, LLC, a Creditor listed in the above referenced bankruptcy and hereby respectfully requests a Change of Address for Notices and Payments.

**Prior Address:**
Good Funding, LLC
c/o Aubrey Thrasher, LLC
12 Powder Springs Street
Suite 240
Marietta, GA 30064

**New Address:**
Good Funding, LLC
c/o Aubrey Thrasher, LLC
3050 Peachtree Road NW
Suite 240
Atlanta, GA 30305

This change of address shall apply to NOTICES AND PAYMENTS and shall be effective on September 30, 2024.

Submitted by

*/s/ Jason Khano*
Representative for Good Funding, LLC
Aubrey Thrasher, LLC
3050 Peachtree Road NW
Suite 240
Atlanta, GA 30305
404-978-1355
jkhano@aubreythrasher.com